**Opinion issued February 12, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00056-CR

_____

## IN RE KEONTE KISHON REESCANO, Relator

---

## Original Proceeding on Petition for Writ of Habeas Corpus

---

## MEMORANDUM OPINION

On January 14, 2026, Keonte Kishon Reescano filed a pretrial petition for writ of habeas corpus referencing Articles 11.05 and 11.08 of the Texas Code of Criminal Procedure. *See* TEX. CODE CRIM. PROC. arts. 11.05 (providing Texas Court of Criminal Appeals, district courts, county courts, and judges of those courts power to issue writ of habeas corpus), 11.08 (governing pre-trial habeas petition by applicants

charged with felony).[1] Reescano's habeas petition is addressed to the Texas Court of Criminal Appeals but was mistakenly mailed to the First Court of Appeals.

Because our Court lacks original habeas jurisdiction in criminal matters, we dismiss this original proceeding for lack of jurisdiction. *See* TEX. GOV'T CODE § 22.221(d) (original habeas jurisdiction of courts of appeal is limited to cases in which person's liberty is restrained because person violated order, judgment, or decree entered in civil case); *Chavez v. State*, 132 S.W.3d 509, 510 (Tex. App.—Houston [1st Dist.] 2004, no pet.).[2] Pursuant to Texas Rule of Appellate Procedure 9.2(a)(1), we order the Clerk of this Court to deliver the habeas petition to the Clerk of the Court for the Texas Court of Criminal Appeals.

---

[1]   The underlying case is *Ex Parte Keonte Kishon Reescano*, cause number 1916100 in the 185th District Court of Harris County, Texas, the Honorable Andrea Beall presiding.

[2]   Our habeas corpus jurisdiction in criminal matters is appellate only. *See* TEX. GOV'T CODE § 22.221(d); *Ex parte Denby*, 627 S.W.2d 435, 435 (Tex. App.—Houston [1st Dist.] 1981, orig. proceeding). On August 1, 2025, our Court affirmed the trial court's denial of Reescano's pre-trial application for writ of habeas corpus. *See Ex parte Reescano,* No. 01-25-00448-CR, 2025 WL 2201385, at *6 (Tex. App.—Houston [1st Dist.] Aug. 1, 2025, no pet.) (mem. op., not designated for publication). Reescano's motion for rehearing was denied on September 16, 2025, and our mandate issued on November 26, 2025. Reescano's petition in this original proceeding challenges the trial court's denial of his pre-trial habeas application and our Court's subsequent affirmance of the denial. To the extent that Reescano seeks to further challenge the trial court's denial of his pre-trial habeas application, our Court lacks any further appellate jurisdiction to consider an appeal from the denial.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.

Do not publish. TEX. R. APP. P. 47.2(b).